IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT INSELBERG, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO. 2:23-cv-01548-MMB |
| vs. | : | |
| | : | |
| STATE FARM MUTUAL | : | HONORABLE MICHAEL M. BAYLSON |
| AUTOMOBILE INSURANCE | : | |
| COMPANY, d/b/a and t/a | : | |
| STATE FARM, | : | |
| Defendant | : | |

### STIPULATION TO DISMISS

It is hereby stipulated by plaintiff, Robert Inselberg, and defendant, State Farm Mutual Automobile Insurance Company, by and through their respective undersigned counsel, that the parties having reached a settlement, this matter is hereby dismissed with prejudice.


**LAW OFFICE OF MARGARET M. GRASSO**        **FORRY ULLMAN**

By: *Margaret M. Grasso*                    By: ____//Gary A. Drakas_____
**MARGARET M. GRASSO, ESQ.**                **GARY A. DRAKAS, ESQUIRE**
Attorney for Plaintiff,                     Attorney for Defendant,
Robert Inselberg                            State Farm Mutual Automobile
                                            Insurance Company


July 27, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT INSELBERG, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO. 2:23-cv-01548-MMB |
| vs. | : | |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, d/b/a and t/a STATE FARM, | : | |
| Defendant | : | |

### **O R D E R**

AND NOW, this  28th  day of  July , 2023, upon consideration of the executed joint stipulation of the parties to dismiss, it is hereby ORDERED that the Stipulation is hereby entered as an ORDER of the Court and this action is hereby dismissed with prejudice. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
**UNITED STATES DISTRICT COURT
HONORABLE MICHAEL M. BAYLSON**